**Abraham WEARING, Plaintiff— Appellant,**

v.

**GATE CONCRETE, Defendant— Appellee.**

No. 04–2382.

United States Court of Appeals, Fourth Circuit.

Submitted April 14, 2005.

Decided April 19, 2005.

Abraham Wearing, Appellant pro se. Elizabeth Kline Dorminey, Wimberly, Lawson, Steckel, Nelson & Schneider, Atlanta, Georgia, Melegia Lee Daniels, Jr., Wimberly, Lawson, Daniels & Brandon LLC, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Abraham Wearing appeals the district court's order granting summary judgment for Gate Concrete and dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wearing v. Gate Concrete, No. CA–02–687–5–BO (E.D.N.C. Sept. 30, 2004). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*